UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION                                CIVIL ACTION NO. 05-CV-30036-MAP

KAREN UNAKA, )
)
Plaintiff, )
)
V. )
)
SOUTH MIDDLESEX OPPORTUNITY )
COUNCIL, )
)
Defendant. )

## DEFENDANT'S EMERGENCY MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the Defendant, South Middlesex Opportunity Council, Inc. ("SMOC") and requests that this Court continue the scheduling conference in this case from its current scheduled date of April 29, 2005 until June 29, 2005. As grounds in support of this motion, SMOC states as follows:

1. Defense counsel, Marisa L. Pizzi, does not have child care on Mondays and Fridays and, therefore, is unable to appear at the conference currently scheduled for Friday, April 29, 2005. SMOC requests that the conference be continued to Wednesday, June 29, 2005 so that SMOC's counsel may appear on its behalf.

2. The Plaintiff in this case is pro se. The only contact information that SMOC has for the Plaintiff is a P.O. Box address. Defense counsel wrote to the Plaintiff on March 30, 2005 in an effort to make contact with the Plaintiff and subsequently received a telephone call from Plaintiff on April 14, 2005, approximately two weeks before the currently scheduled conference. The Plaintiff was, at that time, unwilling to discuss this case in any detail until such time as she

was able to contact an attorney. The Plaintiff was unable to provide a telephone number at which she could be reached and indicated that written correspondence was the best means of communication[1]. Since the conference is just over one week away, there is insufficient time to correspond with Plaintiff in order to reach agreement on the continuation of the scheduling conference or otherwise file this motion pursuant to the normal time standards.

    3.    Defense counsel was, within the past week, contacted by an attorney on behalf of the Plaintiff. However, that attorney made it clear that her firm would not be representing the Plaintiff in this case and could only serve to facilitate a settlement if settlement was a possibility. A continuance of the scheduling conference would enable the parties to explore the possibility of settlement, as well as provide the Plaintiff with additional time to locate an attorney if she so desires. If the Plaintiff does retain an attorney, as it appears she is attempting to do, the attorneys will need time to draft and submit a joint statement prior to the scheduling conference.

WHEREFORE, the Defendant, South Middlesex Opportunity Council, Inc., respectfully requests that this Court continue the scheduling conference in this matter to June 29, 2005.

                                            SOUTH MIDDLESEX OPPORTUNITY
                                            COUNCIL, INC.

                                            By its attorney,

*I hereby certify that a true copy of the above document was served upon the plaintiff attorney of record for each party by express mail/hand on 4/21/05*

Dated: April 21, 2005

                                            Marisa L. Pizzi (BBO# 637383)
                                            Bowditch & Dewey, LLP
                                            161 Worcester Road
                                            P. O. Box 9320
                                            Framingham, MA 01701
                                            (508) 879-5700

---

[1] The Plaintiff also indicated that she does not check her post office box every day, which makes it even more difficult to communicate with Plaintiff in a timely manner.