UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION                    CIVIL ACTION NO. 05-CV-30036-MAP

KAREN UNAKA, )
)
Plaintiff, )
)
V. )
)
SOUTH MIDDLESEX OPPORTUNITY )
COUNCIL, )
)
Defendant. )

## JOINT STATEMENT

The plaintiff, Karen Unaka, and the defendants, South Middlesex Opportunity Council, Inc. ("SMOC"), Bruce S. Hulme, Amy Toller and Rena Manigo-Murray, respectfully submit this Joint Statement pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference.

I.   Discovery Plan.

   A.   Discovery and Motion Schedule.

| Item | Proposal |
|---|---|
| 1. Automatic Disclosures under Rule 26(a)(1) | June 1, 2005 |
| 2. Written Discovery Service Deadline | July 15, 2005 |
| 3. Responses to Written Discovery | August 15, 2005 |
| 4. Completion of All Depositions | November 30, 2005 |
| 5. Rule 56 Motions Filed | On or Before December 31, 2005 |
| 6. Final Pre-Trial Conference | February, 2006 |
| 7. Trial | March, 2006 |

II.   Certification by Counsel and the Parties.

   See defendants' certifications filed separately.

KAREN UNAKA

_____
Karen Unaka
P.O. Box 754
Hadley, MA  01035

SOUTH MIDDLESEX OPPORTUNITY COUNCIL, INC., BRUCE S. HULME, AMY TOLLER and RENA MANIGO-MURRAY

By their attorney,

_____
Marisa L. Pizzi (BBO#637383)
Bowditch & Dewey, LLP
161 Worcester Road
Framingham, MA  01701
(508)879-5700

I hereby certify that a true copy of the above document was served upon Karen Unaka attorney of record for each party by mail/hand on 5/12/05

{J:\CLIENTS\lit\192720\0173\F0303227.DOC;2}