Case 3:05-cv-30036-MAP    Document 7    Filed 05/12/2005    Page 1 of 3

DISTRICT OF MASSACHUSETTS

WESTERN DIVISION                                CIVIL ACTION NO. 05-CV-30036-MAP

KAREN UNAKA, )
)
Plaintiff, )
)
V. )
)
SOUTH MIDDLESEX OPPORTUNITY )
COUNCIL, )
)
Defendant. )

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The defendants and their attorney hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

SOUTH MIDDLESEX OPPORTUNITY
COUNCIL, INC.

_____
James Cuddy, Executive Director

BRUCE S. HULME

_____

SOUTH MIDDLESEX OPPORTUNITY
COUNCIL, INC., BRUCE S. HULME,
AMY TOLLER and RENA MANIGO-
MURRAY

By their attorney,

_____
Marisa L. Pizzi (BBO#637383)
Bowditch & Dewey, LLP
161 Worcester Road
Framingham, MA 01701
(508)879-5700

{J:\CLIENTS\lit\192720\0173\F0303229.DOC;1}

AMY TOLLER

_____

RENA MANIGO

_____

AMY TOLLER

_____

RENA MANIGO

*Rena Manigo* (signature)

I hereby certify that a true copy of the above document was served upon the Karen Unaha attorney of record for each party by mail/hand on 5/11/05

{J:\CLIENTS\lit\192720\0173\F0303229.DOC;1}