UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION                         CIVIL ACTION NO. 05-CV-30036-MAP

KAREN UNAKA, )
)
Plaintiff, )
)
V. )
)
SOUTH MIDDLESEX OPPORTUNITY )
COUNCIL, )
)
Defendant. )

## JOINT STATEMENT

The plaintiff, Karen Unaka, and the defendants, South Middlesex Opportunity Council, Inc. ("SMOC"), Bruce S. Hulme, Amy Toller and Rena Manigo-Murray, respectfully submit this Joint Statement pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference.

I. <u>Discovery Plan</u>.

   A. <u>Discovery and Motion Schedule</u>.

| <u>Item</u> | <u>Proposal</u> |
|---|---|
| 1. Automatic Disclosures under Rule 26(a)(1) | June 1, 2005 |
| 2. Written Discovery Service Deadline | July 15, 2005 |
| 3. Responses to Written Discovery | August 15, 2005 |
| 4. Completion of All Depositions | November 30, 2005 |
| 5. Rule 56 Motions Filed | On or Before December 31, 2005 |
| 6. Final Pre-Trial Conference | February, 2006 |
| 7. Trial | March, 2006 |

II. <u>Certification by Counsel and the Parties</u>.

See defendants' certifications filed separately.

KAREN UNAKA

*Karen Unaka* (signature)

Karen Unaka
P.O. Box 754
Hadley, MA 01035

SOUTH MIDDLESEX OPPORTUNITY COUNCIL, INC., BRUCE S. HULME, AMY TOLLER and RENA MANIGO-MURRAY

By their attorney,

Marisa L. Pizzi (BBO#637383)
Bowditch & Dewey, LLP
161 Worcester Road
Framingham, MA 01701
(508)879-5700

{J:\CLIENTS\lit\192720\0173\F0303227.DOC;2}