UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN UNAKA,<br>        Plaintiff<br><br>    v.<br><br>SOUTH MIDDLESEX OPPORTUNITY COUNCIL,<br>        Defendant | Civil Action No. 05-30036-MAP |

SCHEDULING ORDER
May 18, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. By May 27, 2005, Plaintiff shall explain to the court in writing her absence today.

2. The parties shall complete their automatic disclosures by June 1, 2005.

3. All written discovery shall be served by July 15, 2005, with responses thereto due by August 15, 2005.

4. Non-expert depositions shall be completed by November 30, 2005.

5. Counsel shall appear for a case management conference on December 1, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

  /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge