

May 18, 2005

Clerk
United States District Court
   For the District of Massachusetts
Western Division
Federal Building and Courthouse
1550 Main Street
Springfield, MA  01103

Re:  Civil Action No. 3:05-CV-30036-MAP
       Karen Unaka v. South Middlesex Opportunity Council

Dear Sir/Madam:

Pursuant to my meeting with Judge Neiman, I am writing to ask that the Court accept this letter of apology for not being in attendance for the scheduling conference earlier today.

Thank you for your kind attention.

Sincerely,

Karen Unaka

cc:  Marisa L. Pizzi
     Bowditch & Dewey