

May 30, 2005

Clerk
United States District Court
  for the District of Massachusetts
Western Division
Federal Building and Courthouse
1550 Main Street
Springfield, MA  01103

Re:  Civil Action No. 3:05-CV-30036-MAP
     Karen Unaka v. South Middlesex Opportunity Council

Dear Sir/Madam:

Pursuant to discussion regarding the above referenced case on May 18, 2005, I am hereby notifying the court of my wish to pursue mediation, with Judge Kenneth Neiman presiding, preferably during the month of June 2005.

Thank you for your attention to this matter.

Sincerely yours,


Karen Unaka


Cc: Marisa L. Pizzi