

June 14, 2005

Clerk
United States District Court
   for the District of Massachusetts
Western Division
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

Re: Civil Action No. 3:05-CV-30036-MAP
    Karen Unaka v. South Middlesex Opportunity Council, Inc., et al

Dear Sir/Madam:

Pursuant to my telephone conversation with Judge Neiman's clerk on June 10, 2005, I am writing to confirm that I am amenable to working within the week of July 11, 2005 time frame, as suggested, in pursuing a date for mediation in the above referenced case, and have communicated this to South Middlesex Opportunity Council's representative.

Thank your very much for your time and attention to this matter.

Sincerely,


Karen Unaka


cc: Marisa L. Pizza
    Bowditch & Dewey