

July 15, 2005

Ms. Bethany Healy, Clerk
United States District Court
   for the District of Massachusetts
Western Division
Federal Building and Courthouse
1550 Main Street
Springfield, MA  01103

Re:  Civil Action No. 3:05-CV-30036-MAP
      Karen Unaka v. South Middlesex Opportunity Council, Inc., et al

Dear Ms. Healy:

I have received notification of the court's wish to schedule mediation in the above referenced case for August 10, 2005.  Further to my voice message left with your office on July 14, please accept this communiqué as confirmation that I will reserve the date of August 10 for this purpose.

Thank you for your attention in this matter.

Sincerely,

Karen Unaka
P.O. Box 754
Hadley MA  01035-0754

cc:   Atty Marisa L. Pizzi
      Bowditch & Dewey