UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-30036-MAP

| | |
|---|---|
| KAREN A. UNAKA,<br>    PLAINTIFF<br><br>V.<br><br>SOUTH MIDDLESEX OPPORTUNITY COUNCIL,<br>    DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    NOTICE OF LIMITED APPEARANCE OF<br>JOHN J. STOBIERSKI FOR THE<br>PURPOSE OF MEDIATION |

Please enter my limited appearance as Attorney on behalf of the Plaintiff, Karen A. Unaka, in the above-captioned matter for the sole purpose of attending the court ordered mediation.

Karen A. Unaka, Plaintiff

By _____
John J. Stobierski, Esq.
Stobierski & Stobierski
377 Main Street
Greenfield, MA 01301
(413)774-2867
BBO# 549222
Dated: August 9, 2005

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance has been served in hand to Marisa L. Pizzi, Esq., Bowditch & Dewey, LLP, 161 Worcester Road, P.O. Box 9320, Framingham, MA 01701, on this ____ day of August, 2005.

_____
John J. Stobierski, Esq.