UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Karen Unaka_
Plaintiff(s)

V.

_South Middlesex Opportunity Council_
Defendant(s)

CIVIL ACTION

NO. _05-30036-MAP_

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _Ponsor_

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On _August 10, 2005_ I held the following ADR proceeding:

___ SCREENING CONFERENCE
_X_ MEDIATION (followup telephone conference)
___ MINI-TRIAL
___ EARLY NEUTRAL EVALUATION
___ SUMMARY BENCH / JURY TRIAL
___ SETTLEMENT CONFERENCE

[X] All parties were represented by counsel [except _____]
[X] The parties were present in person or by authorized corporate officer

The case was:

[X] Settled. A _30_ day order of dismissal has been entered by the court.
[ ] There was progress.
[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.
[ ] Suggested strategy to facilitate settlement:

_August 10, 2005_
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge