UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN UNAKA,                      )<br>      Plaintiff     )<br>                      )<br>      v.               )<br>                      )<br>SOUTH MIDDLESEX OPPORTUNITY )<br>COUNCIL,                      )<br>      Defendant  ) | Civil Action No. 03-30036-MAP |

SETTLEMENT ORDER OF DISMISSAL
August 11, 2005

The court, having been advised on August 10, 2005, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk