UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN DIVISION                    CIVIL ACTION NO. 05-CV-30036-MAP

KAREN UNAKA,                        )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
SOUTH MIDDLESEX,                    )
OPPORTUNITY COUNCIL,                )
                                    )
        Defendant.                  )
                                    )

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff, Karen Unaka, and the defendants, South Middlesex Opportunity Council, Inc., Bruce S. Hulme, Amy Toller and Rena Manigo-Murray, hereby stipulate and agree that this action shall be and hereby is dismissed with prejudice, without costs and with all rights of appeal waived.

SOUTH MIDDLESEX OPPORTUNITY                KAREN UNAKA
COUNCIL, INC.

By its attorney,                            By her attorney,

_____             _____
Marisa L. Pizzi, Esq. (BBO#637383)          John J. Stobierski, Esq. (BBO#549222)
BOWDITCH & DEWEY, LLP                       STOBIERSKI & STOBIERSKI
161 Worcester Road                          377 Main Street
P.O. Box 9320                               Greenfield, MA 01301
Framingham, MA 01701                        (413)774-2867
508) 879-5700

Dated: September __, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by (mail/hand) on _____

{J:\CLIENTS\lit\192720\0173\plead\F0317276.DOC;1}